tr    /004

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

In re:   MICHAEL HOWARD DEAN                                    Case No:   5:23-bk-71048 R

## OBJECTION TO CONFIRMATION
## OF INITIAL PLAN

Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Initial Plan. The Chapter 13 filing and plan fail to comply with the following:

1. 11 U.S.C. § 1325(a)(1) - The plan does not comply with the provisions of Chapter 13 and the other provisions of the Bankruptcy Code. **The Debtor should demonstrate that he has filed all of his federal tax returns that were due to be filed for the past four years. An IRS representative appeared at the 341(a) meeting and stated that returns have not been filed.**

WHEREFORE, the Trustee prays that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; or alternatively, confirmation of the plan is denied, and the case is dismissed; and for all other just, proper and equitable relief.

/s/ Joyce Bradley Babin
CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on September 11, 2023.

/s/ Joyce Bradley Babin
Joyce Bradley Babin

cc:    Michael Howard Dean
       3711 N 2Nd Place
       Rogers, AR  72756